## William Lee RICHARDSON, Jr., Plaintiff–Appellant,

### v.

## F AND M BANK, Defendant–Appellee.

### No. 01–2264.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

William Lee Richardson, Jr., Appellant Pro Se. Kathy Santa Barbara, Layva, Bittorf & Santa Barbara, Martinsburg, West Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

William Lee Richardson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Richardson's motions to proceed in forma pauperis and dismiss this appeal on the reasoning of the district court. *See Richardson v. F and M Bank,* No. CA–01–721–2 (S.D.W.Va. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*